ACCEPTED
01-15-00012-cr
FIRST COURT OF APPEALS
HOUSTON, TEXAS
5/26/2015 10:54:58 PM
CHRISTOPHER PRINE
CLERK

NO. 01-15-00012-CR

IN THE COURT OF APPEALS
FOR THE
FIRST SUPREME JUDICIAL DISTRICT OF TEXAS
AT HOUSTON

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
5/26/2015 10:54:58 PM
CHRISTOPHER A. PRINE
Clerk

**ROCHAWN RAY DAVIS**
**Appellant**

**v.**

**THE STATE OF TEXAS,**
**Appellee**

Appeal from Cause No. 14-CR-0800
In the 405TH Judicial District Court
Galveston County, Texas

**MOTION FOR EXTENSION OF TIME TO FILE
BRIEF FOR APPELLANT**

**To the Honorable Justices of the Court of Appeals:**

Appellant, ROCHAWN RAY DAVIS, by and through his Counsel of Record, JETH JONES, files this Motion to Extend Time to File Brief and in support shows this Court the following:

**I.**

1.     Appellant, ROCHAWN DAVIS, was found guilty by a jury on November 5, 2014 for the offense of possession of a controlled substance.  Appellant was sentenced by the Court on December 12, 2014 and punishment was assessed by the Court at confinement in the Texas

Department of Criminal Justice for a period of Fourteen years. The Judgment was entered by the Court on December 12, 2014 and Appellant timely filed a Motion for New Trial on January 12, 2015.

2.   The Reporter's Record was filed on or about April 27, 2015. Thereafter, counsel for Appellant was lead counsel in a jury trial in Chamber's County, Texas. Immediately following the jury trial in Chamber's County, Texas, counsel for Appellant was required to appear for pre-trial hearings and a jury trial in Carthage, Texas.

3.   Appellant's counsel needs additional time to review the Clerk's Record, review the Reporter's Record and prepare Appellant's Brief.

## II.

4.   Appellant's court appointed counsel requests an extension of 60 days from today, until July 27, 2015 to file Appellant's brief.

5.   Counsel's request for an extension of time to file a brief for Appellant is not for delay but so that justice may be done.

Respectfully Submitted,

THE JONES LAW FIRM

/s/ L. Jeth Jones, II /s/
L. Jeth Jones, II
State Bar No.: 24012927
1100 Rosenberg Avenue
Galveston, Texas
409.765.5705
409.765.7570 Facsimile
jjones@joneslawfirm.com Email

ATTORNEY FOR APPELLANT

2

## CERTIFICATE OF SERVICE

I hereby affirm a true and correct copy of the foregoing was delivered via electronic delivery to Rebecca Klaren, Galveston County Criminal District Attorney's Office on the 26th day of May, 2015.

/s/ L. Jeth Jones, II /s/
L. Jeth Jones, II

## CERTIFICATE OF CONFERENCE

I hereby certify and affirm that I communicated on the 26th day of May, 2015 with Rebecca Klaren, Assistant Galveston County Criminal District Attorney, regarding Appellant's request for an extension of time to file his brief and she has indicated that the State of Texas is Unopposed to this request.

/s/ L. Jeth Jones, II
L. Jeth Jones, II
